**United States District Court**
For the Northern District of California

1
2
3
4
5
6          IN THE UNITED STATES DISTRICT COURT
7
8          FOR THE NORTHERN DISTRICT OF CALIFORNIA
9
10   MICHAEL FERNANDEZ,                          No. C 07-00364 WHA
11          Plaintiff,
12      v.                                       **ORDER RE NOTICE OF NEED
                                                 FOR MEDIATION**
13   UNITED CENTRO PROPERTIES, et al.
14          Defendants.
15   _____/
16          Parties have not complied with the scheduling order for cases under the Americans with
17   Disabilities Act (Doc. No. 4).  Pursuant to General Order No. 56, parties must file a notice of
18   need for mediation no later than **FRIDAY, JUNE 29, 2007, AT NOON**.  If such notice is not filed
19   by the deadline, the Court will set a case management conference at which further deadlines
20   will be set.
21
22          **IT IS SO ORDERED.**
23
24   Dated:  June 26, 2007.                      _____
25                                               WILLIAM ALSUP
                                                 UNITED STATES DISTRICT JUDGE
26
27
28