IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MICHAEL FERNANDEZ,

    Plaintiff,

  v.

UNITED CENTRA PROPERTIES and CENTRA DEVELOPMENT PROPERTIES, INC.,

    Defendants.

No. C 07-00364 WHA

**ORDER DENYING STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE**

Good cause not shown, the Court **DENIES** the parties' stipulation to continue the case management conference currently set for July 12, 2007, at 11:00 a.m.

**IT IS SO ORDERED.**

Dated: July 5, 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE