1  ATHERTON & DOZIER
   Bradford J. Dozier   SBN 142061
2  305 N. El Dorado St., Suite 301
   Stockton, CA   95202
3  Telephone:  (209) 948-5711

4  Attorney for Defendants
   UNITED CENTRO PROPERTIES and
5  CENTRO DEVELOPMENT PROPERTIES, LLC

6

7

8                 UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10                          ---o0o---

11                                          )
    MICHAEL FERNANDEZ,                      )   **No. C-7-364-WHA**
12                                          )
         Plaintiff,                         )   **Civil Rights**
13                                          )
            vs.                             )   **FURTHER STIPULATION FOR**
14                                          )   **CONTINUANCE OF CASE**
    UNITED CENTRO PROPERTIES and            )   **MANAGEMENT CONFERENCE AND**
15  CENTRO DEVELOPMENT PROPERTIES,          )   **ORDER THEREON**
    INC.,                                   )
16                                          )
         Defendants.                        )
17  _____ )

18

19      IT IS HEREBY STIPULATED between plaintiff MICHAEL FERNANDEZ and

20  defendants UNITED CENTRO PROPERTIES and CENTRO DEVELOPMENT

21  PROPERTIES, LLC, due to the unavailability of defense counsel on a

22  long-scheduled vacation, as more particularly described in the "EX

23  PARTE APPLICATION FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE"

24  filed earlier this date, that the case management conference

25  scheduled for July 12, 2007 be continued to August 2, 2007 before

26  the Honorable William Alsup at 11:00 a.m. in Courtroom 9, on the

27
                                    1
28  C-7-364-WHA    FURTHER STIPULATION FOR CONTINUANCE OF CASE
                      MANAGEMENT CONFERENCE AND ORDER THEREON

Atherton & Dozier
ATTORNEYS AT LAW
305 N. EL DORADO ST., STE. 301
STOCKTON  CA 95202
Telephone (209) 948-5711

19th Floor, U.S. District Courthouse, 450 Golden Gate Avenue, San Francisco, CA  94102.

Dated:  July 5, 2007

ATHERTON & DOZIER

/s/  
Thomas N. Stewart, III  
Attorney for Plaintiff

/s/  
Bradford J. Dozier  
Attorney for Defendants

**ORDER OF THE COURT**

The Court having received, read, and considered the foregoing stipulation of the parties, and good cause appearing therefrom, the Case Management Conference shall be continued from Thursday, July 12, 2007, to Thursday, August 2, 2007, before the Honorable William Alsup at 11:00 a.m. in Courtroom 9, on the 19th Floor, U.S. District Courthouse, 450 Golden Gate Avenue, San Francisco, CA  94102.  IT IS SO ORDERED.  THERE WILL BE NO FURTHER CONTINUANCES.

Dated: July 6, 2007.

_____  
WILLIAM ALSUP  
UNITED STATES DISTRICT JUDGE

C-7-364-WHA    FURTHER STIPULATION FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE AND ORDER THEREON

Atherton & Dozier  
ATTORNEYS AT LAW  
305 N. EL DORADO ST., STE. 301  
STOCKTON  CA 95202  
Telephone (209) 948-5711